UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

THOMAS SYNDERGAARD,  Case No. 16-cv-1402

    Plaintiff,

vs.

CONTINENTAL CENTRAL CREDIT, INC.

    Defendant.

---

## NOTICE OF SETTLEMENT

Plaintiff Thomas Syndergaard, by counsel, hereby provides notice to the court that a settlement agreement between the parties has been reached. The Parties will prepare settlement documents, and Plaintiff anticipates filing a Notice of Dismissal within 30 days.

Dated this 31st day of October, 2016.

    /s/ Heidi N. Miller
    Nathan E. DeLadurantey, 1063937
    Heidi N. Miller, 1087696
    DELADURANTEY LAW OFFICE, LLC
    735 W. Wisconsin Ave, Suite 720
    Milwaukee, WI 53233
    (414) 377-0515; (414) 755-0860 - Fax
    E: nathan@dela-law.com
    E: heidi@dela-law.com

    *Attorneys for the Plaintiff*