UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

THOMAS SYNDERGAARD,　　　　　　　　　　　　　　　Case No. 16-cv-1402

　　　　　Plaintiff,

vs.

CONTINENTAL CENTRAL CREDIT,
INC.

　　　　　Defendant.

## NOTICE OF DISMISSAL

　　Plaintiff Thomas Syndergaard ("Plaintiff"), by counsel, hereby respectfully notifies the Court that all matters herein between the parties have been settled, and that the Plaintiff's cause against Continental Central Credit, Inc. shall be dismissed, with prejudice, with each party to bear their own costs and attorneys' fees.

　　Dated this 23rd day of November, 2016

　　　　　　　　　　　　　　　　　　　　　　/s/ Heidi N. Miller
　　　　　　　　　　　　　　　　　　　　　　Nathan E. DeLadurantey, 1063937
　　　　　　　　　　　　　　　　　　　　　　Heidi N. Miller, 1087696
　　　　　　　　　　　　　　　　　　　　　　DELADURANTEY LAW OFFICE, LLC
　　　　　　　　　　　　　　　　　　　　　　735 W. Wisconsin Ave, Suite 720
　　　　　　　　　　　　　　　　　　　　　　Milwaukee, WI  53233
　　　　　　　　　　　　　　　　　　　　　　(414) 377-0515; (414) 755-0860 - Fax
　　　　　　　　　　　　　　　　　　　　　　E: nathan@dela-law.com
　　　　　　　　　　　　　　　　　　　　　　E: heidi@dela-law.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for the Plaintiff*